



LNE 6.6.23
KFD: USAO: 2023R00083

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG 23 Cr 207 |
| | * | |
| **DESHAWN TAYLOR,** | * | (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c)) |
| Defendant. | * | |
| | * | |

******

## INDICTMENT

### COUNT ONE
**(Possession of a Firearm by a Prohibited Person)**

The Grand Jury for the District of Maryland charges that:

On or about January 6, 2023, in the District of Maryland, the defendant,

**DESHAWN TAYLOR,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Taurus G2C 9mm pistol bearing serial number ACH200365, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853(p), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearms Forfeiture

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense(s) alleged in Count One of this Indictment, incorporated here, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to:

    a. a Taurus G2C 9mm pistol bearing serial number ACH200365.

### Substitute Assets

5. Pursuant to 21 U.S.C. 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853(p)
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

6/8/23
_____
Date

3